IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| AARON POLK and DILLON SMITH,<br>*Plaintiff,* | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO. 6:17-CV-122 |
| | § | |
| CRETE CARRIER CORPORATION<br>and KENES LAJEUNESSE,<br>*Defendants.* | §<br>§<br>§<br>§ | |

## AFFIDAVIT OF JOE RIVERA

STATE OF TEXAS          §
                        §
COUNTY OF McLENNAN      §

BEFORE ME, the undersigned authority, personally appeared Joe Rivera, who being by me first duly sworn, on oath, stated as follows:

"My name is Joe Rivera. I am competent to make this Affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

I am a partner with the law firm of Naman Howell Smith & Lee PLLC, the law firm representing defendants Crete Carrier Corporation and Kenes Lajeunesse in this case. I have researched the citizenship of Crete Carrier Corporation. As reflected in information publicly available from the Nebraska Secretary of State, Crete Carrier Corporation is organized and exists under the laws of the State of Nebraska and maintains is principal office at 400 NW 56th St, Lincoln, Nebraska. A printout from the Nebraska Secretary of State's website reflecting this information is attached to this affidavit."

By: _____
        Joe Rivera



1 of 2

SUBSCRIBED AND SWORN TO BEFORE ME on this 5th day of May, 2017, to certify which witness my hand and seal of office.

_Shirley Hyde_
Notary Public



# CRETE CARRIER CORPORATION

Thu May 4 09:06:57 2017

**SOS Account Number**
0031542
**Status**
Active

**Principal Office Address**
CRETE CARRIER CORPORATION
400 NW 56TH ST
LINCOLN, NE 685280000
**Registered Agent and Office Address**
TIMOTHY G. ASCHOFF
400 N W 56TH ST
LINCOLN, NE 68528

**Nature of Business**
TRANSPORTATION
**Entity Type**
Domestic Corp
**Date Filed**
Jun 09 1966

| Corporation Position | Name | Address |
|---|---|---|
| President | TONN M OSTERGARD | 400 N.W. 56TH ST<br>LINCOLN, NE 685280000 |
| Secretary | PHYLLIS A ACKLIE | 400 N.W. 56TH ST<br>LINCOLN, NE 685280000 |
| Treasurer | DEAN J TROESTER | 400 N.W. 56TH ST<br>LINCOLN, NE 685280000 |
| Director | DUANE W ACKLIE | 400 NW 56TH ST.<br>LINCOLN, NE 685280000 |
| Director | HALLEY OSTERGARD-KRUSE | CRETE CARRIER CORPORATION<br>400 NW 56TH ST<br>LINCOLN, NE 685280000 |
| Director | WINSTON OSTERGARD | 400 NW 56TH ST.<br>LINCOLN, NE 68528 |
| Director | PHYLLIS A ACKLIE | 400 N.W. 56TH ST<br>LINCOLN, NE 685280000 |
| Director | TONN M OSTERGARD | 400 N.W. 56TH ST<br>LINCOLN, NE 685280000 |
| Director | HOLLY A OSTERGARD | 400 NW 56TH ST.<br>LINCOLN, NE 68528 |

| Corporation Position | Name | Address |
|---|---|---|
| Director | RICHARD A PETERSON | 400 NW 56TH ST. LINCOLN, NE 68528 |

## Filed Documents

To purchase copies of filed documents check the box to the left of the document code. If no checkbox appears, contact the Secretary of State's office to request the document(s).

| | Code | Document | Date Filed | Price |
|---|---|---|---|---|
| ☐ | AP | Articles Perpetual | Jun 09 1966 | $2.70 = 6 page(s) @ $0.45 per page |
| ☐ | AO | Change of Agent or Office | Nov 25 1968 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | A | Amendment | May 28 1969 | $1.35 = 3 page(s) @ $0.45 per page |
| ☐ | AO | Change of Agent or Office | Mar 06 1975 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | MI | Merge In | Dec 30 1987 | $1.35 = 3 page(s) @ $0.45 per page |
| ☐ | MI | Merge In | Dec 31 1987 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | PP | Proof of Publication | Feb 03 1988 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | AO | Change of Agent or Office | Sep 24 1991 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | TR | Tax Return | Apr 07 1999 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | TR | Tax Return | Mar 23 2000 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | TR | Tax Return | Mar 29 2001 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | MI | Merge In | Jan 01 2002 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | PP | Proof of Publication | Feb 19 2002 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | TR | Tax Return | Mar 22 2002 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | MI | Merge In | Jan 01 2003 | $0.90 = 2 page(s) @ $0.45 per page |

| | Code | Document | Date Filed | Price |
|---|---|---|---|---|
| ☐ | PP | Proof of Publication | Feb 03 2003 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | TR | Tax Return | Feb 18 2003 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | TR | Tax Return | Feb 20 2004 | $1.80 = 4 page(s) @ $0.45 per page |
| ☐ | AO | Change of Agent or Office | Sep 12 2005 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | TR | Tax Return | Mar 01 2006 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | AO | Change of Agent or Office | Apr 14 2006 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | AO | Change of Agent or Office | Feb 04 2008 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | TR | Tax Return | Apr 15 2008 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | MI | Merge In | Jan 05 2010 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | PP | Proof of Publication | Feb 04 2010 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | TR | Tax Return | Apr 05 2010 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | TR | Tax Return | Feb 20 2012 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | A | Amendment | Oct 30 2012 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | PP | Proof of Publication | Nov 21 2012 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | TR | Tax Return | Mar 05 2014 | $1.35 = 3 page(s) @ $0.45 per page |
| ☐ | TR | Tax Return | Mar 02 2016 | $1.35 = 3 page(s) @ $0.45 per page |

**Good Standing Documents**

To purchase documents attesting to the entity's good standing check the box next to the document title.

- If you need your Certificate of Good Standing Apostilled or Authenticated for use in another country, you must contact the Nebraska Secretary of State's office directly for information and instructions. Documents obtained from this site cannot be Apostilled or Authenticated.

☐ **Online Certificate of Good Standing with Electronic Validation**

**$6.50**
This certificate is available for immediate viewing/printing from your desktop. A Verification ID is provided on the certificate to validate authenticity online at the Secretary of State's website.

☐ **Certificate of Good Standing - USPS Mail Delivery**

**$10.00**
This is a paper certificate mailed to you from the Secretary of State's office within 2-3 business days.

Select All | Select None

↑ Back to Top