IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| AARON POLK and DILLON SMITH, *Plaintiff*, | § § § | |
| VS. | § § | CIVIL ACTION NO. 6:17-CV-122 |
| CRETE CARRIER CORPORATION and KENES LAJEUNESSE, *Defendants*. | § § § § | |

## DECLARATION OF KENES LAJEUNESSE

STATE OF TEXAS          §
                                     §
COUNTY OF McLENNAN §

"My name is Kenes Lajeunesse. I am competent to make this declaration. The facts stated in this declaration are within my personal knowledge and are true and correct.

At the time of the accident at issue in this case, in June 2016, I resided in Orange Park, Florida. I have continued to reside there since the accident and currently reside there. It is my intent to continue to reside in Orange Park, Florida, for the foreseeable future."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 4th day of May, 2017.

By: *Kenes Lajeunesse*
Kenes Lajeunesse

EXHIBIT B