**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **AARON POLK, DILLON SMITH** | § | |
| | § | |
| **vs.** | § | **NO:  WA:17-CV-00122-RP** |
| | § | |
| **CRETE CARRIER** | § | |
| **CORPORATION, KENES** | § | |
| **LAJEUNESSE** | § | |

## ORDER ON PLAINTIFFS' MOTION TO AMEND COMPLAINT

After considering Plaintiffs' Motion to Amend Complaint and the response, if any, the

Court:

GRANTS the motion.

SIGNED on _____, 2017.

_____
U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

_____
Marc-Anthony P. Hanna
SBN: 24099843

Attorney for Plaintiffs