IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| AARON POLK and DILLON SMITH,<br>*Plaintiff*,<br><br>VS.<br><br>CRETE CARRIER CORPORATION<br>and KENES LAJEUNESSE,<br>*Defendants.* | §<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 6:17-CV-122<br>§<br>§<br>§<br>§ |

## STIPULATED AND AGREED ORDER OF DISMISSAL WITH PREJUDICE

ON THIS DAY came the Plaintiffs, AARON POLK AND DILLON SMITH, and the Defendants, CRETE CARRIER CORPORATION and KENES LAJEUNESSE, by and through their respective counsel, and jointly stipulated to the Court that all matters in controversy between the Plaintiffs and the Defendants have been resolved, and that the Parties have agreed, as evidenced by the signatures of their respective counsel upon this instrument, to the entry of this Order of Dismissal with Prejudice. Accordingly,

IT IS, THEREFORE, ORDERED that all claims and causes of action asserted herein, or which could have been asserted, by or on behalf of the Plaintiffs against the Defendants are hereby DISMISSED *WITH PREJUDICE* to the refiling of same.

It is FURTHER ORDERED that all costs incurred as between these Parties are taxed against the party incurring same.

SIGNED on this the 13th day of February, 2019.

APPROVED AS TO FORM AND SUBSTANCE:

_____
MICHAEL ERSKINE
SBN: 24036530
ATTORNEYS FOR PLAINTIFFS


_____
JORDAN A. MAYFIELD
State Bar No. 24037051
NICK R. BRAY
State Bar No. 12891760
ATTORNEYS FOR DEFENDANTS