UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| AARON POLK and DILLON SMITH, | § § | |
| Plaintiffs, | § § | |
| v. | § § | CASE NO. 6:17-CV-00122-JCM |
| CRETE CARRIER CORPORATION and KENES LAJEUNESSE, | § § § § | |
| Defendants. | § | |

## ORDER

Came for consideration the parties' agreed stipulation of dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure. [ECF #26]. Under Rule 41(1)(A)(ii), "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." It appears the parties' stipulation was signed by all parties who have appeared. Accordingly, the case is dismissed.

The Clerk's Office is therefore directed to close this matter as dismissed pursuant to the parties' agreement as no further order is needed from the Court.

SIGNED this 13th day of February, 2019.

_____
THE HONORABLE JEFFREY C. MANSKE
UNITED STATES MAGISTRATE JUDGE